■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v EVAN PARTIS, Appellant. [711 NYS2d 337] —Appeal by the defendant from a judgment of the Supreme Court, Kings County (D'Emic, J.), rendered November 7, 1997, convicting him of murder in the second degree, upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed.

Viewing the evidence in the light most favorable to the prosecution (*see, People v Contes,* 60 NY2d 620), we find that it is legally sufficient to establish the defendant's guilt beyond a reasonable doubt. Moreover, resolution of issues of credibility, as well as the weight to be accorded to the evidence presented, are primarily questions to be determined by the jury, which saw and heard the witnesses (*see, People v Gaimari,* 176 NY 84, 94). Its determination should be accorded great weight on appeal and should not be disturbed unless clearly unsupported

by the record (see, *People v Garafolo,* 44 AD2d 86, 88). Upon the exercise of our factual review power, we are satisfied that the verdict of guilt is not against the weight of the evidence (see, CPL 470.15 [5]).

The defendant's remaining contentions do not require reversal. Bracken, J. P., Ritter, Altman and Feuerstein, JJ., concur.